IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JUSTIN ANTHONY SHUTES                                                       PLAINTIFF

v.                              Case No. 1:14-cv-01036

JAILER KEVIN PENDLETON;
STEVE FAULKNER; and
KENNETH FRAZIER                                                             DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 11, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 33). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 24) be granted and that all claims against Defendants be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' motion is **GRANTED** and all claims against all Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of November, 2016.

                                            /s/ Susan O. Hickey
                                            Susan O. Hickey
                                            United States District Judge